**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-12** |
| **v.** | * | **DIVISION: 2** |
| **DANIL E. FAUST** | * | |
| | * | |

* * *

**GOVERNMENT'S RESPONSE TO DANIL E. FAUST'S**
**MOTION TO CONSOLIDATE AND MOTION TO MODIFY ORDER**

The United States of America, through the undersigned United States Attorneys, hereby responds to Danil E. Faust's Motion to Consolidate, *see* Rec. Doc. 14, and Motion to Modify Order. *See* Rec. Doc. 15. In his Motion to Consolidate, Faust requests that the Court consolidate this case with others that, for administrative reasons, carry slightly different docket numbers. *See* Rec. Doc. 14, p. 1 (citing, among other things, *United States v. Faust*, E.D. No. 2:17-po-00006-DEK, and *United States v. Faust*, E.D. La. No. 2:17-cr-00012-DEK-1). The government takes no position on Faust's motion, which seems unnecessary considering that the four cases Faust cites are all part of the same docket, E.D. La. No. 17-12.

In his Motion to Modify Order, Faust requests that this Court modify Judge Knowles's order dismissing the citation against Faust to say that dismissal is "with prejudice." *See* Rec. Doc. 15; *see also* Rec. Doc. 13 (order stating that the citation against Faust is "dismissed"). The government opposes Faust's motion because Faust has not demonstrated that this Court has jurisdiction to amend the order. As the Fifth Circuit has made clear, the proper procedure for a defendant challenging a district court's order dismissing an indictment without prejudice is a timely direct appeal, which Faust did not pursue. *See United States v. Stephens*, 511 F.3d 492,

493 (5th Cir. 2007). The Fifth Circuit has made equally clear that, once a judgment is final (as Faust's is in this case), a district court lacks authority to modify it, except under very limited circumstances that do not apply here. *See United States v. Henderson*, 651 F.App'x 261, 262 (5th Cir. 2016). Faust's Motion to Modify Order should be denied.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Ryan McLaren*
J. RYAN McLAREN (36577)
MARIA M. CARBONI
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3000
E-Mail: Maria.Carboni@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF-registered counsel of record.

*/s/ Maria M. Carboni*
MARIA M. CARBONI
Assistant United States Attorney